UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RONNELL PERKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>I. RIVERA,<br><br>        Defendant. | Case No. 1:24-cv-01497-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 11 |

      Plaintiff Gary Ronnell Perkins proceeds pro se in this civil rights action filed under 42 U.S.C. § 1983. Doc. 1. The complaint generally alleges that defendant Rivera improperly confiscated plaintiff's approved special purchase order of handicraft items and confiscated other items in retaliation for plaintiff threatening to file a grievance. *Id.* The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 6, 2025, the assigned magistrate judge screened the complaint and found that plaintiff's claim for retaliation in violation of the First Amendment against defendant Rivera should proceed and that the complaint failed to state any other cognizable claims. Doc. 9. Plaintiff was instructed to do one of the following: (1) notify the Court that he wished to proceed only on the claim found cognizable; (2) file a first amended complaint; or (3) file a notice stating that he wished to stand on his complaint. *Id.* at 10. On May 15, 2025, plaintiff filed a notice indicating that he wished to proceed on the retaliation claim found cognizable. Doc. 10. Subsequently, on May 30, 2025, the Court issued findings and recommendations that

this case proceed only on plaintiff's retaliation claim. Doc. 11. The findings and recommendations contained notice that any objections thereto were to be filed within thirty days after service. *Id.* at 2. No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 30, 2025, Doc. 11, are adopted in full;
2. This action proceeds only on plaintiff's First Amendment retaliation claim against defendant Rivera;
3. All other claims are dismissed; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   July 27, 2025

UNITED STATES DISTRICT JUDGE