**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

GARY RONNELL PERKINS,

Plaintiff,

v.

I. RIVERA,

Defendant.

Case No.: 1:24-cv-01497-KES-EPG (PC)

ORDER THAT INMATE GARY RONNELL PERKINS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED

Plaintiff Gary Ronnell Perkins is a state prisoner appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on October 28, 2026. Inmate Gary Ronnell Perkins, CDCR # E-30776, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **October 28, 2026**

UNITED STATES MAGISTRATE JUDGE